**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jorge GARCIA, aka Juan Ramirez–Bustamante, Defendant–Appellant.**

No. 00–30338.

D.C. No. CR 00–00333–P.

United States Court of Appeals,
Ninth Circuit.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted April 9, 2001.[1]

Decided April 19, 2001.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Bruno SALGADO–PITA, Defendant— Appellant.**

No. 00–30237.

D.C. No. CR–00–00005–FLV.

United States Court of Appeals, Ninth Circuit.

Submitted April 9, 2001.[1]

Decided April 19, 2001.

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

MEMORANDUM[2]

Jorge Garcia appeals the 33–month and 25–day sentence imposed following his guilty plea to illegal reentry after deportation in violation of 8 U.S.C. § 1326(a). Garcia contends that using a prior conviction not specifically alleged in the indictment to impose a sentence in excess of 8 U.S.C. § 1326(a)'s two-year statutory maximum is unlawful under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This argument is foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.2000), *amended* (Feb. 8, 2001) (order).

AFFIRMED.

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

